STATE of Missouri, Respondent,

v.

Robert Lowell HOOK, Appellant.

WD 79043

Missouri Court of Appeals,
Western District.

FILED: November 8, 2016

Colette E. Neuner, Jefferson City for respondent.

Ellen H. Flottman, Columbia for appellant.

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick and Edward R. Ardini, Jr., Judges

ORDER

PER CURIAM

Robert Hook appeals from his convictions for first-degree child molestation, first-degree statutory sodomy, first-degree statutory rape, and incest. He contends the circuit court plainly erred in overruling his objection to expert testimony. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would serve no jurisprudential purpose.

AFFIRMED. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Kenneth Wayne BRAUER, Appellant.

WD 78960

Missouri Court of Appeals,
Western District.

Order filed: November 8, 2016

Karen L. Kramer, for Respondent

Samuel E. Buffaloe, for Appellant

Before Division Three: Alok Ahuja, Presiding Judge, Victor C. Howard, Judge and James E. Welsh, Judge

ORDER

PER CURIAM:

Kenneth Brauer appeals his conviction following a jury trial for unlawful use of a weapon, section 571.030, RSMo Cum. Supp. 2013. He contends that the trial court plainly erred in failing to *sua sponte* submit an instruction on self-defense. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).